# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
### EASTERN DIVISION

| | |
|---|---|
| GENERAL STAR INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BERD ELECTRIC, LLC,<br><br>Defendant. | Case No. 3:21-cv-00034<br><br>**COMPLAINT** |

Plaintiff General Star Indemnity Company ("General Star") hereby alleges for its Complaint against Berd Electric, LLC ("Berd") as follows:

## Nature of the Case

1. This action arises out of a fire that occurred in Iowa City on July 7, 2020, at an apartment complex owned by IC Housing Group, LLC ("IC Housing Group"). General Star brings this negligence action, as subrogee of its insured, IC Housing Group, seeking recovery for the damage caused by Defendant Berd's negligent electrical work at the apartment complex.

## Parties

2. Plaintiff General Star Indemnity Company is a Delaware corporation with its principal place of business in Stamford, Connecticut.

3. Defendant Berd Electric is a Minnesota limited liability company with its principal place of business in Sauk Rapids, Minnesota.

## Jurisdiction and Venue

4. The Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332(a)(1) because General Star and Berd are citizens of different states and the matter in controversy exceeds the sum of $75,000.00.

5. This Court has specific, personal jurisdiction over Berd because it purposefully availed itself of this jurisdiction by performing work in Iowa City, Johnson County, Iowa, and Plaintiff's claims arise out of and relate to Berd's forum-directed conduct.

6. The Southern District of Iowa is a proper venue for this action pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claims asserted herein occurred in this judicial district.

### Facts

7. IC Housing Group is the owner of NEX Apartments, a 36-unit apartment complex located at 671 Nex Avenue in Iowa City, Iowa ("the property"), which, at all times relevant hereto, was insured by General Star under policy number IAG966779C.

8. Berd was the subcontractor responsible for installing the electrical wiring, receptacles, and circuit panels in each apartment unit during the property's initial construction.

9. Construction was substantially complete and a Certificate of Occupancy was issued for the property on June 20, 2020.

10. On July 7, 2020, a fire started in the ceiling of unit 321, resulting in over $250,000.00 in damage to the property.

11. An investigation conducted after the incident revealed that the fire started as a result of the overheating of a branch circuit cable, which was caused by the improper installation of an electrical outlet by Berd.

12. After the fire, a claim was made on General Star policy number IAG966779C, and General Star paid the cost to repair the damage to the property. In making said payment, General Star became contractually and equitably subrogated to the rights of its insured to seek recovery from the party responsible for causing the damage, Berd Electric.

## Negligence Claim

13.     General Star adopts and incorporates by reference paragraphs 1-12 as if same were fully stated herein.

14.     Berd had a duty to exercise reasonable care in performing electrical work at the property, and it held itself out as a contractor having the experience and expertise necessary to complete the work in a good and workmanlike manner, free of all defects.

15.     Berd, by and through its employees and/or agents, was negligent in installing the electrical wiring, receptacle, and circuit panel for unit 321 and therefore breached its duty of care by failing to perform the electrical work in a good and workmanlike manner, free of all defects, and said failure was a proximate cause of the property damage referenced above.

## Prayer for Relief

WHEREFORE, General Star requests that judgment be entered in its favor and against Defendant Berd, and that this Court award General Star the following relief:

(a)     Compensatory Damages in an amount to be proven at trial;

(b)     Reimbursement of all allowable costs associated with this action;

(c)     Pre-and post-judgment interest; and

(d)     Any and all additional relief that this Court deems just.

Dated:  April 14, 2021

Respectfully submitted,

/s/ Bradley Kaspar
Bradley Kaspar AT0012308
Stephanie Hinz AT0003506
Pickens, Barnes & Abernathy
1800 First Avenue NE, Suite 200
P.O. Box 74170
Cedar Rapids, IA 52407-4170
Phone: (319) 366-7621
Fax: (319) 366-3158
bkaspar@pbalawfirm.com
shinz@pbalawfirm.com

*Attorneys for Plaintiff*